Mr. Brackenridge, *pro quer.*   Mr. Woods, *pro def.*

---

Lessee of JOHN CULBERTSON <i>against</i> ROBERT MARTIN.

The *jus possessionis* is in sheriff's vendee, where the debtor was in possession of the lands, at the time of the levy and sale.

One bound over to answer, who attempted to influence a sheriff to summon particular jurors for the trial of a cause.

EJECTMENT for one messuage and 50 acres of land in Hopewell township.   The plaintiff showed a regular judgment, *fieri facias* and *venditioni exponas* against Andrew Gibson, a deed from Thomas Hamilton esquire, sheriff to him dated 23d April 1798, duly acknowledged; and further proved, that both at the time of levy and sale, Gibson was in peaceable possession of the premises.

Mr. P. Campbell for the defendant, offered to produce a different independent title in him ; but was refused by the court, who said, they would not receive any evidence in this suit, of an adverse title to Gibson's the debtor; he being in possession when the lands were levied and sold, the plaintiff was entitled to the possession under his deed; and the defendant ought to be put to a new action for the trial of his title.

The jury gave a verdict for the plaintiff *instanter.*

And afterwards Mr. Pentecost for the plaintiff moved, that Nathaniel Jenkins, an agent for the defendant then present in court, should be called on to answer a charge, for having written a letter to the sheriff in the defendant's name, requesting him to summon the said Jenkins, and two other jurors whom he named, for the trial of his cause.   He was called on accordingly; and the facts being substantiated by proof, the court expressed great indignation at his conduct, for thus attempting to poison he fountains of justice, and ordered him to enter into recogniz-

ance himself in 400 dollars, and one good surety in 400 dollars, for his appearance at the next sessions to answer to the misdemeanor.